UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kenja O. Carmichael,

       Plaintiff,

  v.                          ORDER
                               Civil No. 10-4866(MJD/JJG)

Federal Bureau of Prisons,
et al.,

       Defendants.

_____

The above-entitled matter comes before the Court upon Plaintiff's

objection to the Report and Recommendation of United States Magistrate

Judge Jeanne J. Graham dated December 20, 2010.

Pursuant to statute, the Court has conducted a de novo review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the

Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that:

1.      Plaintiff's Application for Leave to Proceed In Forma Pauperis

       [Doc. No. 2] is DENIED; and

2.      This action is summarily dismissed pursuant to 28 U.S.C. §

       1915A(b);

3.     Plaintiff is required to pay the unpaid balance of the Court

filing fee, namely the full $350 in accordance with 28 U.S.C. §

1915(b)(2); and

4.     The dismissal of this action shall be counted as a "strike"

against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:   February 14, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court